# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156408(48)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

KEVIN PATRICK KAVANAUGH,
     Defendant-Appellee.

SC: 156408
COA: 330359
Berrien CC: 2014-004247-FH

_____/

On order of the Chief Justice, the motion of amicus curiae Prosecuting Attorneys Association of Michigan to file a response to the brief amicus curiae Criminal Defense Attorneys of Michigan is DENIED. The response submitted on April 10, 2018, is not accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2018



Clerk